

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00277-CR

John Forrest **LOWE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10794
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due July 2, 2015, but it was not filed. This court notified appellant's counsel of the deficiency and subsequently granted counsel an extension of time until August 31, 2015, (60 days after the original due date) to file the brief. Our order advised counsel, Arden J. Morley, that no further extensions of time would be granted absent a motion that demonstrated extraordinary circumstances and provided reasonable assurance that the brief would be filed by the requested deadline. Neither the brief nor an extension of time has been filed.

We **order Arden J. Morley** to file appellant's brief by **September 11, 2015**. If the brief is not filed by the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Counsel may also be ordered to appear before this court to show cause why he should not be held in contempt for failing to comply with the court's order.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.



Keith E. Hottle
Clerk of Court